IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

2020 OCT 13 PM 1:56

| | |
|---|---|
| Antwinette Wilson a new religious woman Dba. ANTWINETTE WILSON; And minors: AKEEM and KEMIYON WILSON CLAIMANT(s) | § § § § § |
| Vs. | § § |
| LINCOLN PROPERTY COMPANY; Dba. LINCOLN APARTMENT MANAGEMENT LIMITED PARTNERSHIP; Dba. LINCOLN BP MANAGEMENT, INC; Dba. WYNNEWOOD FAMILY HOUSING LP; Dba. HIGH POINT FAMILY LIVING; Dba. WYNNEWOOD FAMILY HOUSING GP LLC; Dba. CITYSQUARE HOUSING; Dba. Mack A Pogue dba. Chairman; Dba. Tim Byrne dba. Chief Executive Officer; Dba. Adela Beltran dba. Business Manager DEFENDANT(s) | § § § § § § § § § § § § § NO. 3-20CV3113-D |

# CLAIMANT'S ORIGINAL COMPLAINT
# & APPLICATION FOR INJUNCTIVE RELIEF

### A. PARTIES

1. Claimant(s), Antwinette Wilson a new religious woman dba. ANTWINETTE WILSON, and minors: AKEEM WILSON and KEMIYON WILSON, in 414 West Louisiana Avenue, Unit 2103, Dallas, Texas.

2. Defendant(s), LINCOLN PROPERTY COMPANY; Dba. LINCOLN APARTMENT MANAGEMENT LIMITED PARTNERSHIP; Dba. LINCOLN BP MANAGEMENT, INC; Dba. WYNNEWOOD FAMILY HOUSING LP; Dba. HIGH POINT FAMILY LIVING; Dba. WYNNEWOOD FAMILY HOUSING GP LLC; Dba. CITYSQUARE HOUSING; Dba. Mack A Pogue dba. Chairman; Dba. Tim Byrne dba. Chief Executive Officer; Dba. Adela Beltran dba. Business Manager, may be served by EMAIL: jowen@higierallen.com represented by Jennifer L. Owen at Higier Allen & Lautin, P.C., 2711 N Haskell Ave, Suite 2400, Dallas, TX 75204.

**INTENTIONALLY LEFT BLANK**

STATE OF TEXAS §
DALLAS COUNTY §

# AFFIDAVIT OF ANTWINETTE WILSON

Antwinette Wilson a new religious woman dba. ANTWINETTE WILSON with two (2) boys, ages seven (7) and four (4) a High Point Family Living tenant, since May 2019, (herein affiant) believes landlord negligence failed to provide or transfer tenant to a habitable unit as in accord with the covenant implied warranty of habitability to peacefully and privately organize (herein covenant) according to affiant's right to religion, CONSTITUTION OF UNITED STATES OF AMERICA 1789 (rev. 1992) Amendment I; CONSTITUTION OF THE REPUBLIC OF TEXAS (1836). DECLARATION OF RIGHTS. Third; the Lease Agreement paragraph(s) 23(d)(2)(b), 24 & 28 and Lease Agreement Supplement to Mold Addendum: *Guide for Prevention and Treatment of Moisture/Mold in Residential Housing*; and law; due to flooding from rain that caused the infestation of gnats and mosquitoes, mildew and mold to thrive and produce spores; which has an immediate and irreparable hazard to affiant's health: has caused, panic attacks, sleepless nights, (drowning) nightmares, night sweats, headaches/brain fog, skin rashes and respiratory issues: wheezing, nasal and sinus congestion, eye, nose or throat irritation, and overall loss of quality of life has interrupted commerce decreasing wage productivity and increased utility expenses by excessive flooding and Landlord moving/damaging property are physically and emotionally painful; daily; And landlord shall likely make another breach to the covenant with another outrageous unit repair attempt during the week of October 12, 2020, that has and likely to cause affiant anxiety, additional anguish and potentially, loss of critical evidence to the movant before the adverse party can be heard in opposition.

AFFIRM TO and SUBSCRIBED before me by ANTWINETTE WILSON on 10/13/2020.

Notary Public in and for
the State of Texas

1

STATE OF TEXAS §
DALLAS COUNTY §

# VERIFICATION

Before me, the undersigned notary, on this day personally appeared ANTWINETTE WILSON, the affiant, a person whose identity is known to me. After I administered an oath, Affiant testifies as follows:

"My name is ANTWINETTE WILSON. I have read AFFIDAVIT OF ANTWINETTE WILSON. The facts stated in it are within my personal knowledge and are true and correct."

AFFIRM TO and SUBSCRIBED before me by ANTWINETTE WILSON on 10/13/2020.

Notary Public in and for
the State of Texas

1

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Antwinette Wilson a new religious woman
Dba. ANTWINETTE WILSON;

**(b)** County of Residence of First Listed Plaintiff  **Dallas**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
LINCOLN PROPERTY COMPANY;
Dba. LINCOLN APARTMENT MANAGEMENT LIMITED

County of Residence of First Listed Defendant  **Unknown**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Higier Allen & Lautin, P.C.
2711 N Haskell Ave, Suite 2400, Dallas, TX 75204
(972) 716-1888

OCT 13 2020

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | | 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | **LABOR** | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | [x] 360 Other Personal Injury | 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | | 863 DIWC/DIWW (405(g)) | |
| | | | | 864 SSID Title XVI | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Uninhabitable Negligence: Failed to Provide or Transfer in accord with the covenant warranty of habitability to peacefully and privately organize

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE  MURPHY, YATES and FOWLER, JJ    DOCKET NUMBER  14-94-00273-CV

DATE    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____