IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTWINETTE WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:20-CV-3113-E-BH |
| | ) |
| LINCOLN PROPERTY COMPANY | ) |
| doing business as Lincoln Apartment | ) |
| Management Limited Partnership, et al., | ) |
| Defendants. | ) Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Application to Proceed In District Court Without Prepaying Fees or Costs (Short Form)*, filed on October 13, 2020 (doc. 4), is **DENIED**, and the case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

SIGNED this 8th day of December, 2020.

_____
**ADA BROWN**
**UNITED STATES DISTRICT JUDGE**