IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTWINETTE WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:20-CV-3113-E-BH |
| | ) |
| LINCOLN PROPERTY COMPANY | ) |
| doing business as Lincoln Apartment | ) |
| Management Limited Partnership, et al., | ) |
| Defendants. | ) Referred to U.S. Magistrate Judge |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The plaintiff's claims are **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the Court.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**DATED this 8th day of December, 2020.**

_____
**ADA BROWN**
**UNITED STATES DISTRICT JUDGE**